**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6080**

ROBERT EDWARD PATTERSON,

Plaintiff - Appellant,

versus

WILLIAM STARKE MUNDY, Amherst County
Commonwealth Attorney; L. J. AYERS, Amherst
County Sheriff,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Glen E. Conrad, District Judge.
(7:05-cv-00474)

Submitted: May 18, 2006                Decided: May 31, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Edward Patterson, Appellant Pro Se. Carlene Booth Johnson,
PERRY LAW FIRM, PC, Dillwyn, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert Edward Patterson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Patterson v. Mundy, No. 7:05-cv-00474 (W.D. Va. filed Dec. 21 & entered Dec. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED